EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Newark Area Office
One Newark Center, 21st Floor
Newark, N.J. 07102
By: Jeffrey Burstein, Trial Attorney
Tel: 973-645-2267
Fax: 973-645-4524
jeffrey.burstein@eeoc.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY        :
COMMISSION,                         :
                                    :   Civil Action No. 2:10-cv-04987 (JLL) (CCC)
            Plaintiff,              :
                                    :
        v.                          :
                                    :
UNITED GALAXY, INC., d/b/a TRI-COUNTY :
LEXUS                               :
                                    :
            Defendant.              :
-------------------------------------------------------------x

**PLAINTIFF EEOC'S NOTICE OF MOTION TO STRIKE THREE
OF DEFENDANT'S AFFIRMATIVE DEFENSES UNDER FED. R. CIV. P.12(f).**

**PLEASE TAKE NOTICE** that on February 7, 2011, Plaintiff Equal Employment Opportunity Commission ("EEOC") will move under Federal Rule of Civil Procedure 12(f) to strike Defendant United Galaxy, d/b/a Tri-County Lexus', Fifth, Sixth, and Seventh Affirmative Defenses which, as set forth in EEOC's accompanying Memorandum of Law, have no basis in law.  Therefore, EEOC will request that the Court grant the Motion to Strike these Affirmative Defenses under Fed. R. Civ. P. 12(f).

Accompanying this Motion are a Memorandum of Law and Certification of Service.

2

Dated: December 27, 2010	Respectfully submitted,

                                      EQUAL EMPLOYMENT OPPORTUNITY
                                      COMMISSION

                                      s/
                                      Jeffrey Burstein