EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Newark Area Office
One Newark Center, 21st Floor
Newark, N.J. 07102
By: Jeffrey Burstein, Trial Attorney
Tel: 973-645-2267
Fax: 973-645-4524
jeffrey.burstein@eeoc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-------------------------------------------------------------x
**EQUAL EMPLOYMENT OPPORTUNITY** :
**COMMISSION,** :
                               : **Civil Action No. 2:10-cv-04987 (JLL) (CCC)**
      **Plaintiff,** :
                               :
      v. :
                               : **ORDER**
**UNITED GALAXY, INC., d/b/a TRI-COUNTY** :
**LEXUS** :
                               :
      **Defendant.** :
-------------------------------------------------------------x

      This matter having been brought before the Court by Plaintiff Equal Employment Opportunity Commission upon its Motion under Fed. R. Civ. P. 12(f) to Strike the Fifth, Sixth and Seventh Affirmative Defenses of Defendant United Galaxy, Inc., d/b/a Tri-County Lexus, and the Court having considered the written submissions of the parties, and good cause appearing,

      It is hereby ORDERED that the Fifth, Sixth and Seventh Affirmative Defenses of Defendant United Galaxy, Inc., d/b/a/ Tri-County Lexus are hereby stricken.

SO ORDERED
DATED: _____                           _____
                                                               HONORABLE JOSE L. LINARES, U.S.D.J.