EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Newark Area Office
One Newark Center, 21st Floor
Newark, N.J. 07102
By: Jeffrey Burstein, Trial Attorney
Tel: 973-645-2267
Fax: 973-645-4524
jeffrey.burstein@eeoc.gov


**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-------------------------------------------------------------x
**EQUAL EMPLOYMENT OPPORTUNITY** :
**COMMISSION,** :
: Civil Action No. **2:10-cv-04987 (JLL) (CCC)**
        **Plaintiff,** :
:
        v. : **CERTIFICATION OF SERVICE**
:
**UNITED GALAXY, INC., d/b/a TRI-COUNTY** :
**LEXUS** :
:
        **Defendant.** :
-------------------------------------------------------------x

      I hereby certify that a true and correct copy of Plaintiff Equal Employment Opportunity

Commission's Notice of Motion to Strike Certain Affirmative Defenses under Fed. R. Civ. P.

12(f), its supporting Memorandum of Law, and a proposed Order were served by ECF and by

electronic mail on December 27, 2010 on:

    John F. Tratnyek
    Jackson Lewis LLP
    East Tower, 7th Fl.
    220 Headquarters Plaza
    Morristown, N.J. 07960
    E-mail: tratnyej@jacksonlewis.com
    Attorney for Defendant United Galaxy, Inc., d/b/a Tri-County Lexus

    Ravinder S. Bhalla
    RSB Law Firm
    33-41 Newark St.
    Hoboken, N.J. 07030

       E-mail: rbhalla@rsblawfirm.com
       Attorney for Movant Gurpreet Singh Kherha

                           _s/_____
                           Jeffrey Burstein